# Exhibit L



Direct Phone: (770) 604-5838
Fax: (770) 604-5075
E-mail: michael.coogan@ihg.com

InterContinental Hotels Group

Three Ravinia Drive
Suite 100
Atlanta, GA 30346-2149
www.ihg.com

**Via Certified and Regular Mail**

April 9, 2012

Mr. Halston Mikail
2919 Wilshire Blvd.
Santa Monica, CA 90403

RE: Former HOLIDAY INN®, Las Vegas Flamingo At Paradise (# 10916)

Dear Mr. Mikail:

Six Continents Hotels, Inc. ("SCH"), an InterContinental Hotels Group Company, owns the HOLIDAY INN® mark, as well as other aspects of the "System", as defined in the above hotel's License Agreement with one of SCH's affiliates. It has been brought to the attention of our Legal Department that this hotel, a former HOLIDAY INN hotel which left the system on January 30, 2012, has not completely deidentified as a HOLIDAY INN hotel. Numerous items throughout the hotel have not been deidentified. Please see the attached checklist for complete details. Section 12E of the terminated License Agreement requires the licensee to take whatever action is necessary to assure that no use is made of any part of the System and that the hotel is not held out to the public as a HOLIDAY INN hotel after the License term ends.

Use of the HOLIDAY INN name in any manner is a breach of the terms of the License Agreement. As well, it is a violation of federal trademark law, constitutes unfair competition and is illegal. Under the federal Lanham Act, such violations may entitle SCH to treble damages during the period of violation. If any such use continues, SCH may take the appropriate legal action to protect its interests.

Please contact me within five business days of receipt of this letter to let me know your intentions to complete the deidentification process for this hotel.

This letter has been sent by certified and regular mail. Refusal to accept delivery of the certified letter will not constitute lack of notice. Thank you for your anticipated cooperation.

Sincerely,

Michael Coogan
Senior Attorney

/mc

attachment

      

Six Continents Hotels, Inc.
A Member of the InterContinental Hotels Group

## AMER - De-Identification

| Property Information | | Form Information | |
|---|---|---|---|
| HOLIDEX Code: | LASFF | Form Name: | AMER - De-Identification |
| Property: | HOLI-Las Vegas Flamingo at Paradise-LASFF | Type: | De-Identification |
| Address: | 4055 Palos Verdes St | Start Date: | 3/22/2012 11:46 a.m. |
| City/State/Zip: | Las Vegas, Nevada 89119 UNITED STATES | End Date: | 3/22/2012 2:47 p.m. |
| Phone #: | 702473-6400 | Completed by: | John Newman |
| | | Hotel Contact: | Kelley Camp |

## Information

| Question | Response |
|---|---|
| What was the termination date of the hotel? | 30 Jan 2012 |
| Is this the 1st De-Identification visit?<br>**Comments or Requirements** | No |

- -2nd Visit

| Question | Response |
|---|---|
| Is the primary/monument sign de-identified? | Yes |
| Are the building/script signs de-identified? | Yes |
| Are the uplighting and downlighting de-identified?<br>**Comments or Requirements** | No |

- -Uplighting and Downlighting must be de-identified
  *Fixtures still in place*



| Question | Response |
|---|---|
| Are the DOT/highway signs de-identified? | Yes |
| Are the billboards signs de-identified? | Yes |
| Are the airport telephones/telephone boards de-identified?<br>**Comments or Requirements** | Yes |

- -Telephone boards must be de-identified

| Question | Response |
|---|---|
| Are the directional signs de-identified? | Yes |
| Are the entrance signs de-identified? | Yes |
| Are the vehicle markings de-identified? | No |
| Are the door graphics de-identified?<br>**Comments or Requirements** | No |

- -Door graphics must be de-identified



| Question | Response |
|---|---|
| Are the entrance mats de-identified?<br>**Comments or Requirements** | No |

- -Entrance mats must be de-identified



| | |
|---|---|
| Are the flags de-identified? | Yes |
| Are the on-premise promotional signs de-identified? | Yes |
| Are the key cards/room key packages de-identified? | No |

**Comments or Requirements**

- -Key cards must be de-identified



- -Room key packages must be de-identified



| | |
|---|---|
| Are the owner/operator signs (e.g. front desk, restaurant, lounge) de-identified? | No |

**Comments or Requirements**

- -Owner/operator signs must be de-identified



| | |
|---|---|
| Are the MOD signs de-identified? | Yes |
| Is the scent machine de-identified? | Yes |
| Is the brand InnTunes program de-identified? | Yes |
| Is the branded back wall de-identified? | Yes |
| Are the uniforms de-identified? | Yes |
| Are the name tags de-identified? | Yes |
| Is the employee of the month sign de-identified? | Yes |
| Are the guest folios and registration documents de-identified? | Yes |
| Are the folders/forms de-identified? | Yes |
| Are the brochures/brochure racks de-identified? | Yes |
| Are the IHG directories de-identified? | Yes |
| Are the business cards de-identified? | Yes |
| Are the envelopes/accounting reports de-identified? | Yes |
| Are the daily reports/account receivable statements and envelopes de-identified? | Yes |
| Are the reservation/advance payment forms de-identified? | Yes |
| Is all back of house collateral de-identified? | Yes |
| Are the brand standards manuals de-identified? | Yes |
| Are the purchase order forms de-identified? | Yes |
| Are the employment applications/other employee forms de-identified? | Yes |
| Are the IHG Sales/Marketing/Catering materials de-identified? | Yes |
| Are the gift shop items de-identified? | Yes |
| Are the lecterns/podium de-identified? | Yes |
| Is the on property signage de-identified? | No |

**Comments or Requirements**

- -Pool signage must be de-identified



- -Meeting Rooms signage must be de-identified



- -Other hotel areas signage must be de-identified



| | |
|---|---|
| Are the food and beverage specialty dishes (signature items) de-identified?<br>**Comments or Requirements** | No |

- -The sale and use of all IHG Brand food and beverage items must be discontinued



| | |
|---|---|
| Are the menus, banquet brochures, placemats and other dining supplies de-identified?<br>**Comments or Requirements** | No |

- -Menus must be de-identified



| | |
|---|---|
| Are the restaurant/bar checks de-identified? | Yes |
| Are the bar/lounge supplies de-identified? | Yes |
| Is the breakfast bar/buffet de-identified? | Yes |
| Are the room service trays and tray mats de-identified? | Yes |
| Are the room service menus de-identified?<br>**Comments or Requirements** | No |

- -Menus must be de-identified



| | |
|---|---|
| Are the bed linens de-identified?<br>**Comments or Requirements** | No |

- -Pillow case must be de-identified -Pillow tags must be de-identified -Fitted sheet must be de-identified -Flat sheet must be de-identified
  *Tags not removed*



**Is the bed de-identified?**    No
**Comments or Requirements**

- -Mattress pad must be de-identified



- -Pillows must be de-identified



- -Duvets



- -Decorative Throws



**Are the bathroom amenities de-identified?**    No
**Comments or Requirements**

- - Shampoo must be de-identified



- - Conditioner must be de-identified



- - Hand & Body lotion must be de-identified



**Are the bath terry de-identified?**   No
**Comments or Requirements**

- -Bath towels must be de-identified



- -Hand towels must be de-identified



- -Wash clothes must be de-identified



**Are the bath supplies de-identified?**   No
**Comments or Requirements**

- -Shower curtain must be de-identified



- -Shower curtain liner must be de-identified



- -Curved shower rod must be de-identified



| | |
|---|---|
| Are the Hospitality Promise/Forget Something signage de-identified? | Yes |
| Is the amenities caddy de-identified? | Yes |
| Is the in-house television advertising de-identified? | Yes |
| Is the Guest Service directory de-identified? | No |

**Comments or Requirements**

- -Directory must be de-identified



| | |
|---|---|
| Are the guest comment cards de-identified? | Yes |
| Are the stationary/envelopes/post cards de-identified? | Yes |
| Are the ashtrays/match folders de-identified? | Yes |
| Are the do not disturb cards/signs de-identified? | No |

**Comments or Requirements**

- -Signs must be de-identified



| | |
|---|---|
| Is the emergency evacuation plan de-identified? | Yes |
| Is the innkeeper liability card de-identified? | Yes |
| Are the telephone directory covers de-identified? | Yes |
| Are the glass/plasticware de-identified? | Yes |
| Are the coffee supplies de-identified? | Yes |
| Are the laundry bags / laundry slips de-identified? | Yes |
| Are the note pads/pencils/pens de-identified? | No |

**Comments or Requirements**

- -Note pads must be de-identified



- -Pens must be de-identified



| | |
|---|---|
| Are the waste baskets de-identified? | Yes |
| Are the telephone faceplates de-identified? | No |
| Are the ice buckets de-identified? | Yes |
| Has the hotel sent in the telephone directory listing letters? | Yes |
| Is the hotel FEMA Listing de-identified? | Yes |
| Are the hotel's 3rd party websites and URL's (domain name) de-identified? | Yes |
| Did the hotel refrain from referencing the IHG Brand when you called the hotel | Yes |
| Is a follow up visit required? | Yes |
| Overall Photos | Attach |

**Comments or Requirements**





