IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOLIDAY HOSPITALITY FRANCHISING, LLC f/k/a HOLIDAY HOSPITALITY FRANCHISING, INC.; SIX CONTINENTS HOTELS, INC.; IHG MANAGEMENT (MARYLAND) LLC; and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>FLAMINGO STRUCTURES LLC; HALSTON MIKAIL; FARRAH MIKAIL A/K/A MRS. HALSTON MIKAIL; KEVIN BRAL A/K/A KAVEH BRAL; AND JACKIE BRAL A/K/A MRS. KEVIN BRAL, <br><br>Defendants, <br><br>IHG MANAGEMENT (MARYLAND) LLC, <br><br>Third-Party Defendant. | CIVIL ACTION FILE <br><br>NO. 1:12-CV-03064-TCB |

## JOINT MOTION TO VOLUNTARILY DISMISS ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs,

Holiday Hospitality Franchising, LLC f/k/a Holiday Hospitality Franchising, Inc.,

Six Continents Hotels, Inc., IHG Management (Maryland) LLC, and

- 2 -

Intercontinental Hotels Group Resources, Inc., and Defendants, Flamingo Structures LLC, Halston Mikail, Farrah Mikail a/k/a Mrs. Halston Mikail, Kevin Bral a/k/a Kaveh Bral, and Jackie Bral a/k/a Mrs. Kevin Bral, hereby jointly move the Court for entry of a consent order dismissing all claims and counterclaims in this action, with each party to bear its, his or her own costs and attorneys' fees.  In support of this motion, the parties show the Court the following:

1. Plaintiffs filed their Complaint in this matter on August 31, 2012.

2. Defendants filed a Counterclaim in this matter on October 15, 2012.

3. The parties proceeded with discovery, which they completed by January 7, 2014.

4. Following the close of discovery, the parties engaged in settlement discussions and entered into a settlement agreement (the "Settlement Agreement") whereby the parties agreed, among other things, to dismiss all claims and counterclaims with prejudice.

5. Pursuant to the terms of the Settlement Agreement, the Defendants will pay a confidential amount to Plaintiffs over the course of 36 monthly payments.  A failure of Defendants to make any of the monthly payments required under the parties' Settlement Agreement constitutes a default under that agreement.

- 3 -

6. Upon the occurrence of a default, Plaintiffs are required to send to the Defendants written notice that affords the Defendants 10 days to cure the alleged default.

7. If a default is not cured within 10 days after the sending of the notice, then pursuant to the terms of the Settlement Agreement, Plaintiffs are entitled to entry of a Consent Judgment, a copy of which is attached hereto as Exhibit A, against the Defendants, jointly and severally, for the full amount of damages sought by Plaintiffs in this case ($1,211,126.12).

8. The parties request that the Court retain jurisdiction of this action, following the dismissal of all claims asserted in this case, to the extent necessary to enforce the terms of the Settlement Agreement described herein, including entering the Consent Judgment following an uncured default.

For the reasons stated above, the parties request that the Court dismiss all claims and counterclaims in this case with prejudice and retain jurisdiction to enforce the terms of the Settlement Agreement if any party breaches or defaults under its, his, or her obligations thereunder.

For the convenience of the Court, a proposed order is attached.

Respectfully submitted, May 30, 2014.

| | |
|---|---|
|    s/ Michael W. Tyler             <br> Michael W. Tyler <br> Georgia Bar No. 721152 <br> Robert E. Buckley <br> Georgia Bar No. 140280 <br> James W. Faris <br> Georgia Bar No. 452293 <br> KILPATRICK TOWNSEND & <br>      STOCKTON LLP <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4530 <br> (404) 815-6500 <br> Fax:  (404) 815-6555 <br> mtyler@kilpatricktownsend.com <br> robuckley@kilpatricktownsend.com <br> jfaris@kilpatricktownsend.com <br><br> Attorneys for Plaintiffs |    s/ Jefferson M. Allen (by M. Tyler with express permission)           <br> Jefferson M. Allen <br> Georgia Bar No. 010898 <br> COHEN COOPER ESTEP & ALLEN, LLC <br> 3330 Cumberland Blvd., Suite 600 <br> Atlanta, GA 30339 <br> (404) 814-0000 <br> Fax: (404) 816-8900 <br> jallen@ccealaw.com <br><br> Attorney for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing JOINT MOTION TO VOLUNTARILY DISMISS ALL CLAIMS WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to the following attorney of record:

Jefferson M. Allen, Esq.   jallen@ccealaw.com

|  |  |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Suite 2800<br>1100 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>(404) 815-6500 (telephone)<br>(404) 815-6555 (facsimile)<br>mtyler@kilpatricktownsend.com | /s/ Michael W. Tyler<br>Michael W. Tyler<br>Georgia Bar No. 721152<br><br><br><br><br>Attorney for Plaintiffs |