# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOLIDAY HOSPITALITY FRANCHISING, LLC f/k/a HOLIDAY HOSPITALITY FRANCHISING, INC.; SIX CONTINENTS HOTELS, INC.; IHG MANAGEMENT (MARYLAND) LLC; and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., | ) ) ) ) ) ) ) ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) ) | NO. 1:12-CV-03064-TCB |
| v. | ) ) | |
| FLAMINGO STRUCTURES LLC; HALSTON MIKAIL; FARRAH MIKAIL a/k/a MRS. HALSTON MIKAIL; KEVIN BRAL a/k/a KAVEH BRAL; and JACKIE BRAL a/k/a MRS. KEVIN BRAL, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| IHG MANAGEMENT (MARYLAND) LLC, | ) ) ) | |
| Third-Party Defendant. | ) | |

**FINAL CONSENT JUDGMENT**

With the consent of the parties as reflected by the signature of counsel attached hereto and pursuant to the parties' Mutual Release and Settlement Agreement, it is hereby **ORDERED, ADJUDGED AND DECREED** that Holiday Hospitality Franchising, LLC, Six Continents Hotels, Inc., IHG

-2-

Management (Maryland) LLC and InterContinental Hotels Resources, Inc. have a judgment against Flamingo Structures LLC, Halston Mikail, Farrah Mikail, Kevin Bral, and Jackie Bral, jointly and severally in the amount of $1,211,126.12.  The Court further finds that there is no just reason for delay and the terms of this Judgment should be entered immediately.

SO ORDERED, this _____ day of _____, 2014.

_____
United States District Court Judge

**Consented to by:**

| | |
|---|---|
| s/ Michael W. Tyler | s/ Jefferson M. Allen (by M. Tyler with express permission) |
| Michael W. Tyler | Jefferson M. Allen |
| Georgia Bar No. 721152 | Georgia Bar No. 010898 |
| Robert E. Buckley | COHEN COOPER ESTEP & ALLEN, LLC |
| Georgia Bar No. 140280 | 3330 Cumberland Blvd., Suite 600 |
| James W. Faris | Atlanta, GA 30339 |
| Georgia Bar No. 452293 | (404) 814-0000 |
| KILPATRICK TOWNSEND & STOCKTON LLP | Fax: (404) 816-8900 |
| 1100 Peachtree Street, Suite 2800 | jallen@ccealaw.com |
| Atlanta, Georgia 30309-4530 | |
| (404) 815-6500 | Attorney for Defendants |
| Fax:  (404) 815-6555 | |
| mtyler@kilpatricktownsend.com | |
| robuckley@kilpatricktownsend.com | |
| jfaris@kilpatricktownsend.com | |

Attorneys for Plaintiffs