IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOLIDAY HOSPITALITY FRANCHISING, LLC f/k/a HOLIDAY HOSPITALITY FRANCHISING, INC.; SIX CONTINENTS HOTELS, INC.; IHG MANAGEMENT (MARYLAND) LLC; and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., | CIVIL ACTION FILE |
| Plaintiffs, | NO. 1:12-CV-03064-TCB |
| v. | |
| FLAMINGO STRUCTURES LLC; HALSTON MIKAIL; FARRAH MIKAIL a/k/a MRS. HALSTON MIKAIL; KEVIN BRAL a/k/a KAVEH BRAL; and JACKIE BRAL a/k/a MRS. KEVIN BRAL, | |
| Defendants, | |
| IHG MANAGEMENT (MARYLAND) LLC, | |
| Third-Party Defendant. | |

## **CONSENT ORDER**

Having considered the Joint Motion to Voluntarily Dismiss All Claims With Prejudice (the "Joint Motion"), and for good cause shown, the Court GRANTS the motion and hereby ORDERS as follows:

1.	All claims asserted by Plaintiffs in this case are DISMISSED with prejudice.

2.	All counterclaims asserted by Defendants in this case are DISMISSED with prejudice.

3.	The Court retains jurisdiction of this action to the extent necessary to enforce the terms of the parties' settlement agreement, including entering the Consent Judgment attached to the Joint Motion as Exhibit A, following an uncured default.

SO ORDERED, this <u>19th</u> day of <u>      June      </u>, 2014.

_____
Timothy C. Batten, Sr.
United States District Court Judge

**Consented to by:**

| | |
|---|---|
| s/ Michael W. Tyler | s/ Jefferson M. Allen (by M. Tyler with express permission) |
| Michael W. Tyler | Jefferson M. Allen |
| Georgia Bar No. 721152 | Georgia Bar No. 010898 |
| Robert E. Buckley | COHEN COOPER ESTEP & ALLEN, LLC |
| Georgia Bar No. 140280 | 3330 Cumberland Blvd., Suite 600 |
| James W. Faris | Atlanta, GA 30339 |
| Georgia Bar No. 452293 | (404) 814-0000 |
| KILPATRICK TOWNSEND & STOCKTON LLP | Fax: (404) 816-8900 |
| 1100 Peachtree Street, Suite 2800 | jallen@ccealaw.com |
| Atlanta, Georgia 30309-4530 | |
| (404) 815-6500 | Attorney for Defendants |
| Fax: (404) 815-6555 | |
| mtyler@kilpatricktownsend.com | |
| robuckley@kilpatricktownsend.com | |
| jfaris@kilpatricktownsend.com | |

Attorneys for Plaintiffs